<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7486**

---

ANTHONY EUGENE BAILEY,

                              Plaintiff - Appellant,

        versus

DOCTOR FREUND, Medical Agent of the Richmond
City Jail; LIEUTENANT WOMACK, Assistant Super-
visor, Medical Agent of the Richmond City
Jail; DOCTOR THOMPKINS, Medical Agent of the
Richmond City Jail; CAPTAIN MINION, Super-
visor, Medical Agent of the Richmond City
Jail,

                              Defendants - Appellees,

        and

NURSE SMITH; NURSE PARRISH,

                              Defendants.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Robert G. Doumar, Senior District
Judge.  (CA-97-924-2)

---

Submitted:  February 24, 2000          Decided:  March 3, 2000

---

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

---

Affirmed by unpublished per curiam opinion.

---

Anthony Eugene Bailey, Appellant Pro Se.  Chandra Dore Lantz, HIRSCHLER, FLEISCHER, WEINBERG, COX & ALLEN, Richmond, Virginia; Elizabeth Stanulis Skilling, HARMAN, CLAYTOR, CORRIGAN & WELLMAN, Richmond, Virginia; Carlyle Randolph Wimbish, III, SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Eugene Bailey appeals from the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court. See Bailey v. Freund, No. CA-97-924-2 (E.D. Va. Sept. 29, 1999).  We deny Bailey's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED